UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SILVESTRE COTA,<br>  Plaintiff | )<br>)<br>) | CIVIL ACTION NO. 4:21-CV-672 |
| v. | )<br>)<br>) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI,<br>  Defendant | )<br>) | |

## ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1)   The final decision of the Commissioner is VACATED.

(2)   This case is REMANDED to the Commissioner to fully develop the record and conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3)   Final judgment will be issued in favor of Silvestre Cota by separate order.

(4)   The Clerk of Court is DIRECTED to close this case.

Date: August 25, 2022          BY THE COURT

                   *s/William I. Arbuckle*
                   William I. Arbuckle
                   U.S. Magistrate Judge