# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Silvestre Cota ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:21-CV-00672 |
| Kilolo Kijakazi, Commissioner of Social Security ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Final judgment is entered in favor of Plaintiff, Silvestre Cota, and against Kilolo Kijakazi, Commissioner of Social Security pursuant to Fed.R.Civ.P. 58.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge William I. Arbuckle on a motion for Pursuant to Memorandum Opinion and Order dated 8/25/2022 [ECF Docs. 24, 25].

Date: 8/25/2022

CLERK OF COURT

Peter Welsh, Clerk of Court
By: *s/Christine A. Williamson*, *Deputy Clerk*
*Signature of Clerk or Deputy Clerk*